**IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**EUGENE GREENAWAY**                                                        **PLAINTIFF**

v.                                **4:08CV02165-WRW**

**ARKANSAS DEPARTMENT OF CHILDREN
AND FAMILY SERVICES, et al.**                                   **DEFENDANTS**

**ORDER**

A September 10, 2008, Order reads:

ORDER denying without prejudice Plaintiff's Motion for Leave to Proceed In Forma Pauperis, because Plaintiff failed to complete the form -- specifically, question 1a. The Clerk of the Court is directed to send Plaintiff a new IFP form. If Plaintiff wishes to proceed with this case, the completed IFP form or filing fee must be submitted to the Court within 30 days of the date of this Order. Failure to comply with this Order may result in dismissal under Local Rule 5.5(c)(2).[1]

To date, Plaintiff has neither submitted the completed IFP form nor paid the filing fee.

Accordingly, this case is DISMISSED under Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2) for failure to prosecute.

IT IS SO ORDERED this 10th day of November, 2008.

                                                         /s/Wm. R. Wilson, Jr.
                                         UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 3.